### GOULDING agt. RUSSELL

Peter Goulding Father of Mary Goulding plaint. against James Russell of Charlestown Merchant Exec[r] of the last will and Testament of his Father Rich[d] Russell Esq[r] late of Charlestown dec[d] Defend[t] in an action of the case for not keeping her nor giving nor paying of ten pounds in mony due to bee paid or given unto her as hee the s[d] James as Exec[r] afores[d] is bound to doe by Jnstrument or Jndenture or writing so called under the hand & Seale of the s[d] Richard Russell bearing date or made the ninth day of February in the yeare of our Lord. 1670. and also for not teaching nor causeing her to bee taught as Shee should have been taught by virtue of the said Jndenture and all other due damages according to attachm[t] dat[d] April: 5th 1677. . . . The Jury . . . found for the Defend[t] costs of Court: The plaintife appealed from this judgem[t] unto the next Court of Assistants & himselfe principall in £.5. and Joseph Smith and Rich[d] Knight Sureties in Fifty Shillings apeice bound themselves respectiuely . . . on condition the s[d] Peter Goulding should prosecute his appeale . . .

[ See Records of Assistants, i. 98.]

### DUMMER agt SHRIMPTON etc.

Jeremiah Dummer plaint. ag[t] Sam[ll] Shrimpton Adm[r] to the Estate of Theodore Atkinson dec[d] and Henry Deering who married Elisabeth Relict & administratrix of s[d] Theodore Atkinson Defend[ts] in an action of the case for non payment of twenty three pounds Fourteen Shillings in mony due by bill bearing date the 19th Octob[r] 1675. under the hand of s[d] Theodore Atkinson with all due damages according to attachm[t] dat[d] april. 19° 1677. . . . The Jury . . . found for the plaintife twenty three pound Fourteen Shillings mony according to bill & costs of Court allow[d] twenty five Shillings two pence.